IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM HOCKBRUECKNER | : | CIVIL ACTION |
| *o/b/o J.M.* | : | |
| | : | No. 11-5818 |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| *Commissioner of Social Security* | : | |
| *Administration* | : | |

## **ORDER**

AND NOW, this 7th day of February, 2013, upon consideration of Plaintiff Kim Hockbrueckner's Request for Review and the Commissioner of Social Security's response thereto, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, Hockbrueckner's objections thereto, and the Commissioner's response, it is ORDERED:

1. Hockbrueckner's objections are SUSTAINED in part and OVERRULED in part;

2. The Report and Recommendation is NOT ADOPTED;

3. Hockbrueckner's Request for Review (Document 16) is GRANTED;

4. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), judgment is entered in favor of Hockbrueckner, and this case is remanded to the Commissioner of Social Security for further consideration consistent with the accompanying Memorandum; and

5. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez